UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZMINE IMAN ROBERTS,<br><br>      Plaintiff,<br><br>-against-<br><br>AMTRAK RAILROAD COMPANY; PETE BUTTIGIEG, SECRETARY OF TRANSPORTATION,<br><br>      Defendants. | 23-CV-8093 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the January 9, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 9, 2024
    New York, New York

                 /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
             Chief United States District Judge